SALAAM v. N.C. DEPT. OF TRANSPORTATION

[345 N.C. 494 (1997)]

KENZIE SALAAM v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

No. 183PA96

(Filed 10 February 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 83, 468 S.E.2d 536 (1996), reversing and remanding an opinion and award of the Industrial Commission, filed 3 November 1994, which denied additional compensation based on a change of condition. Heard in the Supreme Court 11 December 1996.

*Law Offices of Kathleen G. Sumner, by Kathleen G. Sumner; and Elizabeth F. Kuniholm for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by Elisha H. Bunting, Jr., Special Deputy Attorney General, for the State.*

*Teague, Campbell, Dennis & Gorham, L.L.P., by Linda Stephens and Gregory M. Willis, on behalf of North Carolina Association of Defense Attorneys, amicus curiae.*

*Brooks, Stevens & Pope, P.A., by Daniel C. Pope, Jr., and Patricia Wilson Medynski, on behalf of Alexsis Risk Management Services, Inc., and GAB Robins of North America, Inc., amici curiae.*

*Young Moore and Henderson P.A., by B.T. Henderson II, J. Aldean Webster III, and J.D. Prather, on behalf of National Association of Independent Insurers, amicus curiae.*

*Kathleen Shannon Glancy, Chair, NCATL Worker's Comp. Committee; Robin E. Hudson, Chair, NCATL Workers' Rights Section; Elizabeth F. Kuniholm, NCATL Vice-President; and Pulley, Watson, King & Lischer, by Tracy K. Lischer, on behalf of North Carolina Academy of Trial Lawyers and North Carolina Association of Women Attorneys, amici curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.